United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chamelle A. Jefferson  
       Debtor

Case No. 18-12852-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 06, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.  
db         Chamelle A. Jefferson,    1614 W. Godfrey Avenue,    Philadelphia, PA   19141-1926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:  
       KEVIN G. MCDONALD    on behalf of Creditor    U.S National Bank Association bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       ZACHARY PERLICK    on behalf of Debtor Chamelle A. Jefferson Perlick@verizon.net, pireland1@verizon.net

                                                                                                TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     CHAMELLE JEFFERSON         :     CHAPTER 13
                                      :
                                      :
           DEBTOR                     :     BANKRUPTCY No. 18-12852 ELF

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Compensation | $4,500.00 |
| Total expense cost: | $    0.00 |
| Attorney fee already paid by Debtor | $    0.00 |
| Net amount to be paid by Trustee | $4,500.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

Dated:   12/4/18            _____
                            **ERIC L. FRANK**
                            **U.S. BANKRUPTCY JUDGE**