**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-12852-ELF

CHAMELLE A JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHAMELLE A JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 10/8/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee