# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-12852-ELF

CHAMELLE A JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHAMELLE A JEFFERSON

  1614 W. GODFREY AVENUE

  PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

  ZACHARY PERLICK, ESQ.
  1420 WALNUT ST
  SUITE 718
  PHILADELPHIA, PA 19102-

Date: 12/15/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee