# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chamelle A. Jefferson<br>_Debtor(s)_<br><br>U.S National Bank Association, (Trustee for the Pennsylvania Housing Finance Agency)<br>_Movant_<br>vs.<br><br>Chamelle A. Jefferson<br>_Debtor(s)_<br><br>and William C. Miller Esq.<br>_Trustee_ | Chapter 13<br><br>NO. 18-12852 ELF |

## ORDER

AND NOW, this 22nd day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow US National Bank Association (Trustee for the Pennsylvania Housing Finance Agency ) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1614 West Godfrey Avenue, Philadelphia, PA 19141.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE